IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re* Application of<br><br>AHMAD NASSAR,<br><br>*Applicant*,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | MISCELLANEOUS CASE NO.: |

**AHMAD NASSAR'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

Applicant Ahmad Nassar, through counsel, applies to the Court for an Order under 28 U.S.C. § 1782 granting him leave to issue subpoenas to Wajid Mir and Christos Lambrou to produce documents and give testimony for use in (1) a lawsuit in Ireland against the person(s) who used the X account @ArchaicMind3000 to anonymously publish a series of posts making false and defamatory accusations against him, including accusations that he engaged in criminal conduct, bribery, and financial misconduct; and (2) a lawsuit in Serbia against Ognjen Varađanin, the Serbian national responsible for the Serbian marketing agency Craze & Friends that also published a series of posts on X making similar false and defamatory accusations against him.

Mr. Nassar's Application is required in aid of his forthcoming Irish and Serbian lawsuits—and as a last resort—because Mr. Mir and Mr. Lambrou have information that will tend to identify the soon-to-be defendant(s) in Mr. Nassar's forthcoming Irish lawsuit who have hidden their identity such that Mr. Nassar cannot obtain information revealing their identity without judicial assistance, and because Mr. Mir and Mr. Lambrou have evidence and information relevant to proving Mr. Nassar's claims in his forthcoming Irish and Serbian lawsuits.

Mr. Nassar's Application is supported by a Memorandum of Law (which is attached to the contemporaneously-filed Motion for Leave to Exceed the Local Rule 7.1 Page Limit) and the Declarations of Mr. Nassar ("Nassar Decl."), Kathryn Humphrey ("Humphrey Decl."), Mark Tibbs ("Tibbs Decl."), Phil Hartley ("Hartley Decl."), and Aleksandar Ristic ("Ristic Decl."). Proposed subpoenas to Mr. Mir and Mr. Lambrou to produce documents, information, or objects in a civil action are attached hereto as **Exhibit A** and **Exhibit B**, respectively, and proposed subpoenas to Mr. Mir and Mr. Lambrou to testify at a deposition in a civil action are attached hereto as **Exhibit C** and **Exhibit D**, respectively. A proposed order is also being filed with this Application.

Dated: August 18, 2026

*/s/ Elizabeth M. Locke, P.C.*

Elizabeth M. Locke, P.C.
Joseph R. Oliveri
Kathryn Humphrey
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7402
Email: libby@clarelocke.com
Email: joe@clarelocke.com
Email: kathryn@clarelocke.com

Brian P. Borchard
GOODSMITH GREGG & UNRUH LLP
150 S. Wacker Drive, Suite 3150
Chicago, IL 60606
Telephone: (312) 322-1986
Email: bborchard@ggulaw.com

*Attorneys for Applicant Ahmad Nassar*