AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

In re Application of Ahmad Nassar for an Order Pursuant to 28 U.S.C. §1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings
*Plaintiff*
v.

*Defendant*

) ) ) ) ) ) Civil Action No.

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: WAJID MIR

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A.

| Place: By FTP, email to kathryn@clarelocke.com, by mailing a flash drive to Kathryn G. Humphrey, 10 Prince Street, Alexandria, VA 22314, or as otherwise agreed. | Date and Time: To Be Determined following service |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: August 18, 2026

GINA M. COLLETTI
*CLERK OF COURT*

OR

*Signature of Clerk or Deputy Clerk*

*/s/ Kathryn G. Humphrey*
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Ahmad Nassar, who issues or requests this subpoena, are:

Kathryn G. Humphrey,10 Prince Street, Alexandria, VA 22314; kathryn@clarelocke.com; (202) 899-3877

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ____________________

on *(date)* ____________ .

❐ I served the subpoena by delivering a copy to the named person as follows: ____________________

____________________________________________ on *(date)* ____________ ; or

❐ I returned the subpoena unexecuted because: ____________________

____________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________________________________
*Server's signature*

____________________________________________
*Printed name and title*

____________________________________________
*Server's address*

Additional information regarding attempted service, etc.:

Print | Save As... | Add Attachment | Reset

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# ATTACHMENT A

**DEFINITIONS AND INSTRUCTIONS**

1. "Accounts" means the X accounts and/or users with (A) account number 2019359987789697024 and/or the handle "@KennyPowersA" and/or the display name "Kenny Powers," and (B) account number 1943212403144978432 and/or the handle "@ArchicMind3000" and/or the display name "Corvath Draemir."

2. "Communication" means any oral, written, or electronic exchange of words, thoughts, information, interrogatories, inquiries, or ideas with another person. "Communication" includes statements made in person, by telephone, teleconference, letter, envelope, fax, email, email attachment, text message, instant message, voice mail, social media, WhatsApp, WeChat, mobile or electronic application, or the Internet.

3. "Craze & Friends" means Ognjen Varađanin PR Delatnost reklamnih agencija Odokativa Communications Subotica—a registered private entrepreneurship of Ognjen Varađanin that operates as a marketing agency with brand name "Craze & Friends" and is headquartered in Serbia, and all predecessors, predecessors-in-interests, subsidiaries, parents, and affiliates, and all past or present directors, officers, executives, agents, representatives, employees, and/or consultants, and all persons legally or otherwise responsible for it.

4. "Document" is an all-inclusive term with the broadest possible meaning accorded to it under caselaw and the Federal Rules of Civil Procedure, and means the original (or a true and accurate copy if the original is not available) and each non-identical copy (which is non-identical because of alterations, attachments, blanks, comments, notes, underlining, or otherwise) of any writing or record (whether in electronic, tangible, or any other form) in your actual or constructive possession, custody, or control, including all documents you have provided to your counsel. "Document" shall include, but is not limited to, an electronic or computerized data compilation (including email and other computer-readable files), whether or not printed, stored, or displayed,

and any preliminary versions, drafts, or revisions thereof, ESI, communication, memorandum, letter, correspondence, electronic mail, text message, blog post, Internet post, report, note, message slip, telephone log or record, diary, journal, call history entry, calendar, electronic organizer entry, writing, drawing, spreadsheet, presentation, ledger, minutes, financial report or record, draft, facsimile, contract, invoice, record of purchase or sale, graph, chart, photograph, video or audio recording, transcript, index, directory, or any other written, printed, typed, punched, taped, filmed, or graphic matter however produced, stored, or reproduced. "Document" also includes the file, folder tabs, and labels appended to or containing any documents, ***as well as any metadata applicable to any document***.

5. "GST" means Grand Slam Track and all its corporate locations, predecessors, predecessors-in-interests, subsidiaries, parents, and affiliates, and all past or present directors, officers, executives, agents, representatives, employees, and/or consultants.

6. "MLBPA" means Major League Baseball Players Association and all its corporate locations, predecessors, predecessors-in-interests, subsidiaries, parents, and affiliates, and all past or present directors, officers, executives, agents, representatives, employees, and/or consultants.

7. "Mr. Djokovic" means Novak Djokovic and all his agents, representatives, employees, consultants, partners, associates, attorneys, and others acting for or on his behalf.

8. "Mr. Lambrou" means Christos Lambrou and all his agents, representatives, employees, consultants, partners, associates, attorneys, and others acting for or on his behalf.

9. "Mr. Nassar" means Ahmad Nassar and all his agents, representatives, employees, consultants, partners, associates, attorneys, and others acting for or on his behalf.

10. "Mr. Pospisil" means Vasek Pospisil and all his agents, representatives, employees, consultants, partners, associates, attorneys, and others acting for or on his behalf.

11. “NFLPA” means National Football League Players Association and all its corporate locations, predecessors, predecessors-in-interests, subsidiaries, parents, and affiliates, and all past or present directors, officers, executives, agents, representatives, employees, and/or consultants.

12. “OneTeam” means OneTeam and all its corporate locations, predecessors, predecessors-in-interests, subsidiaries, parents, and affiliates, and all past or present directors, officers, executives, agents, representatives, employees, and/or consultants.

13. “Person” means any natural person and/or any business, legal, or governmental entity or association, regardless of whether incorporated.

14. “Posts” means the X posts by @KennyPowersA and @ArchaicMind3000 that are identified in the Appendix to this Subpoena.

15. “PTPA” means the Professional Tennis Players Association and all its corporate locations, predecessors, predecessors-in-interests, subsidiaries, parents, and affiliates, and all past or present directors, officers, executives, agents, representatives, employees, and/or consultants.

16. “Winners Alliance” means Winners Alliance Inc. and all its corporate locations, predecessors, predecessors-in-interests, subsidiaries, parents, and affiliates, and all past or present directors, officers, executives, agents, representatives, employees, and/or consultants.

17. “You” and “Your” mean Wajid Syed Mir and all his agents, representatives, employees, consultants, partners, associates, attorneys, and others acting for or on his behalf.

18. If any information called for by this subpoena is withheld because You claim that such information is protected from discovery by the attorney-client privilege, the attorney work-product doctrine, or by any other privilege or protection from disclosure, provide a description of the basis of the claimed privilege or protection and all information necessary for the Court and

Mr. Nassar to assess the claim of privilege or protection in accordance with applicable law, including: (a) the type of document; (b) the general subject matter of the document; (c) the date of the document; and (d) such other information as is sufficient to identify the document, including, where appropriate, the author, addressees, custodian, and any other recipient of the document, and where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

19. The Relevant Time Period for these Requests is January 1, 2025 to the present.

## REQUESTS FOR DOCUMENTS

**REQUEST NO. 1.**

Documents and Communications between You and Christos Lambrou, Craze & Friends, Ognjen Varađanin, and/or any other person who registered the Accounts and/or who at any time has operated, owned, accessed, contributed to, made posts from, or had responsibility for, the Accounts, and/or who drafted, approved, posted, published, and/or contributed to the Posts, including Documents and Communications reflecting the identity of all such Persons.

**REQUEST NO. 2.**

Documents and Communications relating to the retention, engagement, instruction, and/or payment of Craze & Friends, Ognjen Varađanin or Mr. Lambrou, including any retention, engagement, consulting, and/or services agreement, statement of work, scope of work, proposal, invoice, or record of payment relating in any way to Mr. Nassar, Winners Alliance, or the PTPA.

**REQUEST NO. 3.**

Documents and Communications relating to the Posts (including any drafts of, source materials for, or information supplied for use in, the Posts), including Documents and Communications relating to the drafting, editing, sourcing, timing, approval, solicitation, publication, promotion, review, and/or amplification of the Posts.

.

**REQUEST NO. 4.**

Documents and Communications concerning the creation, operation, or use of any anonymous or pseudonymous X account to publish or amplify statements concerning Mr. Nassar, Winners Alliance, or the PTPA.

**REQUEST NO. 5.**

Documents and Communications relating to the truth or falsity of the statements in the Posts, including any information, document, or analysis You supplied to or received from any person concerning GST's bankruptcy, the reported federal investigation concerning OneTeam, the NFLPA, or the MLBPA, the governance of the PTPA, the finances of Winners Alliance, or any payment to Mr. Pospisil or Mr. Djokovic.

**REQUEST NO. 6.**

Documents and Communications relating to, reflecting, and/or concerning the identity of the Person(s) who registered or who at any time has operated, owned, accessed, contributed to, made posts from, or had responsibility for the X account with account number 1943212403144978432 and/or the handle "@ArchicMind3000" and/or the display name "Corvath Draemir," including any Document or Communication referring to the email address laurentgera2000@gmail.com, and any Communications with such Person(s) relating to Mr. Nassar, the Posts, and/or the substance of the Posts.

# APPENDIX A

Home
Explore
Notifications
Follow
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More
Post

JJ Small @JJSmall9494

Post

**Cicke** @Cicke69 · Jan 5
👎

> **Corvath Draemir** @Archaicmind3000 · Jan 5
> Replying to @DjokerNole
> Not surprising
> ...rdopingcaseinvestigation.substack.com/p/the-ties-bin...

1 · 1 · 121

**Corvath Draemir** @Archaicmind3000 · Jan 5
I mean Bill Ackman somehow present and meddling since the PTPA's inception was never a good sign

What do you think about the article? I can't say those are the reasons for Djokovic's choice (maybe he just wants to empower others by stepping back) but it raises questions...

1 · 2 · 92

**Cicke** @Cicke69 · Jan 5
Excellent article. I think he believes PTPA is compromised and will fold into the line of tennis cartel eventually. I believe sport as such is doomed and we are witnessing commercialization of it beyond scruples. Enter modern gladiators, doping and all, just profit matters.

1 · 1 · 56

**Corvath Draemir** @Archaicmind3000 · Jan 5
That's how I see things too. I think it started with good intentions but it got perverted. Bringing in Ahmad Nassar, which wasn't a bad decision originally given his experience, might have turned out to be the PTPA's downfall, on hindsight...

2 · 2 · 128

**Kenny Powers** @KennyPowersA

Who are these people?? Ahmad Nasser @grandslamtrack board member and winners alliance CEO made @mjgold run record time to bankruptcy. Nassar previously founder/CEO of @oneteampartners with NFLPA and Tony Clark/MLBPA. Nassar also Executive Director of the @ptpaplayers. Same straw man 👈. New gold medal for failed track business @winnersalliance. Share info @pablofindsout @travismillerx13 @mgfleming12 @dpyoung13 @barclaycard18 @adamcrafton_

8:00 PM · Feb 19, 2026 · **29** Views

Post your reply
Reply

**Relevant people**

**Kenny Powers** @KennyPowersA · Follow
Tennis lover

**Corvath Draemir** @Archaicmind3000 · Follow
Shunned by the guilds of day, shrouded in whispers of ill omen, he plies forbidden arts.

**Cicke** @Cicke69 · Follow
Die-hard establishment bootlicker. NATO's strongest keyboard warrior, War Enthusiast, US Hegemony enjoyer.

**What's happening**

Trending in United Kingdom
**#bbcqt**

Politics · Trending
**Mandelson**
Trending with Starmer, Olly Robbins

Trending in United Kingdom
**Teflon**

Trending in United Kingdom
**Yeti**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

Home
Explore
Notifications
Follow
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More

Post

**RunBlogRun** @RunBlogRun · Feb 20
Why is GST in bankruptcy court? Was it all pretend? Here's the piece that broke the real story! from #TheAthletics, fine writing by Adam Crafton!

Michael Johnson's Grand Slam Track: $19m shortfall, unpaid athletes, and a lost backer, by Adam Crafton, for #TheAthletics
Show more




1 · 1 · 1 · 298

**Kenny Powers** @KennyPowersA

Whoa. Google Ahmad Nassar? With businesses he's worked under federal investigation or in court. @oneteampartners @nflpa @mlbpa @grandslamtrack either in federal investigation or in court. While he's head of the tennis players association @ptpaplayers and their licensing arm @winnersalliance? Seems to be jeopardizing @mjgold and @djokernole 🐐 as two icons! Different Ahmad Nassar or no?

8:40 PM · Feb 23, 2026 · 59 Views

Post your reply
Reply

**Relevant people**

**Kenny Powers** @KennyPowersA
Follow
Tennis lover

**RunBlogRun** @RunBlogRun
Follow
RunBlogRun comments on the global world of athletics, sports & ethics, and the Olympic movement. RunBlogRun is the voice of the sport.

**What's happening**

Trending in United Kingdom
**#bbcqt**

Politics · Trending
**Mandelson**
Trending with Starmer, Olly Robbins

Trending in United Kingdom
**Teflon**

Trending in United Kingdom
**Yeti**

Home
Explore
Notifications
Follow
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More
Post

Post

**Essex Girl** @rhondaessexgirl · Jan 31
How GB News would report Novak saying he has copyright on Alcaraz's serve:-

"Furious Djokovic slams Alcaraz and demands compensation for copying his service motion"🤪

> **GB News** @GBNEWS · Jan 30
> Novak Djokovic demands more Australian Open prize money after awkward interview moment
>
> gbnews.com/sport/tennis/n...

7 · 10 · 1.1K

**Banu Ilal** @BanuIlal · Jan 31
2. He quit PTPA due to disagreement w/Nassar but never abandoned cause or principles!
3. His genius is such that even after such long, stressful, exhausting match n celebration w/crowd
his focus never dwindles! PS he aint ever going to put his pants backward in hay of moment😉

1 · 2 · 72

**Kenny Powers** @KennyPowersA

What more here @rhondaessexgirl @banuIlal @cristinancl ? Djokovic @djokernole said he left the PTPA because of governance issues (leadership, right), but supports PTPA mission as you said. That is Ahmad Nassar @ptpaplayers. Same Ahmad Nassar running commercial venture @winnersalliance also ? Personally gaining? Weird because track is in bankruptcy court and tennis players like the 🐐 and others do not support him. Crazy web of self-dealing by Ahmad Nassar

8:21 PM · Mar 1, 2026 · **112** Views

Post your reply
Reply

JJ Small
@JJSmall9494

**Relevant people**

**Kenny Powers** @KennyPowersA
Tennis lover
Follow

**Banu Ilal** @BanuIlal
Follow

**Essex Girl** @rhondaessexgirl
Tennis Fan
Follow

**What's happening**

Trending in United Kingdom
**#bbcbreakfast**

Trending in United Kingdom
**#bbcqt**

Politics · Trending
**Mandelson**
Trending with Starmer, Olly Robbins

Trending in United Kingdom
**Teflon**

Show more

X

← Post

Home
Explore
Notifications
Follow
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More

Post

JJ Small
@JJSmall9494

**Corvath Draemir** @Archaicmind3000 · Mar 2

The PTPA's core argument is that the ATP/WTA exploit players by controlling their labor without proper rights or representation

Their own tax filing shows they deny their own staff basic employment protections by classifying them as contractors

Make it make sense




2 4 560

**Kenny Powers** @KennyPowersA

Weird. Seems Novak Djokovic @djokernole did not want any dirty money to be a minion. Pospisil take money? Crypto count? Pospisil a venture capital partner also...with Nassar and Winners Alliance?! Every CEO has pitbulls on a leash. Money comes, money goes...where?? Djokovic has principles and integrity. Cannot be bought.

8:08 AM · Mar 3, 2026 · **59** Views

Post your reply Reply

## Relevant people

**Kenny Powers** @KennyPowersA Follow
Tennis lover

**Corvath Draemir** @Archaicmind3000 Follow
Shunned by the guilds of day, shrouded in whispers of ill omen, he plies forbidden arts.

## What's happening

Trending in United Kingdom
**#bbcbreakfast**

Trending in United Kingdom
**#bbcqt**

Politics · Trending
**Mandelson**
Trending with Starmer, Olly Robbins

Trending in United Kingdom
**Teflon**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

← **Post**

**Corvath Draemir** @Archaicmind3000 · Mar 4

Investigating why Djokovic left the PTPA

The PTPA's Broken Promise

Player Rights, Conflicts of Interest, and a Bankruptcy That Left Athletes Unpaid

A thread 🧵




5 · 4 · 13 · 1.6K

**Corvath Draemir** @Archaicmind3000 · Mar 4

On January 4, 2026, Novak Djokovic resigned from the PTPA — organisation he co-founded — citing "concerns regarding transparency, governance, and the way my voice and image have been represented."

Three weeks later, the PTPA filed its Form 990 with the IRS.

It tells a story.




2 · 1 · 3 · 432

← **Post**

**Corvath Draemir** @Archaicmind3000 · Mar 4

The PTPA reported $3M in revenue against $4.67M in expenses in 2024.

Net loss: $1.67M — nearly double the prior year's loss of $908K.

Total assets: $84,986.
Total liabilities: $2.66M.
Net assets: -$2.58M.

The organisation is technically insolvent.

Professional Tennis Players Association - Full Filing - N...
Page 1 of 12

1 Briefly describe the organization's mission or most significant activities:
THE PTPA IS DEDICATED TO UNITING AND MOBILIZING TENNIS PLAYERS IN ORDER TO CREATE TRANSPARENCY AND EQUITY THROUGHOUT PROFESSIONAL TENNIS.

| Section | Line | Description | | Value |
|---|---|---|---|---|
| Activities & Governance | 2 | Check this box ☐ | | |
| | 3 | Number of voting members of the governing body (Part VI, line 1a) | 3 | 8 |
| | 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 4 | 8 |
| | 5 | Total number of individuals employed in calendar year 2024 (Part V, line 2a) | 5 | 0 |
| | 6 | Total number of volunteers (estimate if necessary) | 6 | 9 |
| | 7a | Total unrelated business revenue from Part VIII, column (C), line 12 | 7a | 0 |
| | b | Net unrelated business taxable income from Form 990-T, Part I, line 11 | 7b | 0 |

| Section | Line | Description | Prior Year | Current Year |
|---|---|---|---|---|
| Revenue | 8 | Contributions and grants (Part VIII, line 1h) | 0 | 0 |
| | 9 | Program service revenue (Part VIII, line 2g) | 0 | 0 |
| | 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 0 | 0 |
| | 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 3,000,000 | 3,000,010 |
| | 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 3,000,000 | 3,000,010 |
| Expenses | 13 | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 0 | 5,010 |
| | 14 | Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| | 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 1,311,299 | 1,625,418 |
| | 16a | Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 0 |
| | b | Total fundraising expenses (Part IX, column (D), line 25) 0 | | |
| | 17 | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 2,597,252 | 3,037,813 |
| | 18 | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 3,908,551 | 4,668,251 |
| | 19 | Revenue less expenses. Subtract line 18 from line 12 | -908,551 | -1,668,251 |

| Section | Line | Description | Beginning of Current Year | End of Year |
|---|---|---|---|---|
| Net Assets or Fund Balances | 20 | Total assets (Part X, line 16) | 24,673 | 84,986 |
| | 21 | Total liabilities (Part X, line 26) | 933,226 | 2,661,788 |
| | 22 | Net assets or fund balances. Subtract line 21 from line 20 | -908,551 | -2,576,802 |

1 · 1 · 3 · 333

**Corvath Draemir** @Archaicmind3000 · Mar 4

The 990 discloses the following:

No conflict of interest policy.
No whistleblower policy.
No document retention policy.
No independent audit.
The Form 990 was not shared with the full board before filing.

These are not minor omissions. The IRS asks about them for a reason.

02/03/2026, 09:52 Professional Tennis Players Association - Full Filing - Nonprofit Explorer - ProPublica

| Line | Question | Box | Yes | No |
|---|---|---|---|---|
| b | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | 10b | | |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | 11a | | No |
| b | Describe on Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| 12a | Did the organization have a written conflict of interest policy? *If "No," go to line 13* | 12a | | No |
| b | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | 12b | | |
| c | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe on Schedule O how this was done* | 12c | | |
| 13 | Did the organization have a written whistleblower policy? | 13 | | No |
| 14 | Did the organization have a written document retention and destruction policy? | 14 | | No |
| 15 | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| a | The organization's CEO, Executive Director, or top management official | 15a | | No |
| b | Other officers or key employees of the organization | 15b | | No |
| | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? | 16a | | No |
| b | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? | 16b | | |

2 · 1 · 3 · 277

**Corvath Draemir** @Archaicmind3000 · Mar 4

The 990 also discloses that nearly $1M — $987,954 — was paid to unnamed consultants.

Schedule O lists it simply as "Consultant 987,954." No further breakdown.




1 · 2 · 232

**Corvath Draemir** @Archaicmind3000 · Mar 4

In an organisation with no audit and no conflict of interest policy, this is an opaque expenditure with no mechanism for independent scrutiny.

1 · 2 · 210

**Corvath Draemir** @Archaicmind3000 · Mar 4

The PTPA reported zero formal employees despite paying $1.625M in compensation.

Three senior staff — working 40 hours/week in permanent roles — were paid via 1099-NEC contractor forms instead of W-2s.



2 · 3 · 236

Post

**Corvath Draemir** @Archaicmind3000 · Mar 4

The organisation suing over labour exploitation classifies its own staff as contractors.

1 · 2 · 227

**Corvath Draemir** @Archaicmind3000 · Mar 4

Those three contractors:

- Romain Rosenberg (Deputy ED): $636,358
- Wajid Mir Syed (EVP): $592,889
- Anastasia Skavronskaia (Director): $242,128

Combined: $1.47M — 49% of total revenue.

Rosenberg alone earns 28x the median professional tennis player ($22,362/year).


NFL NBA as

'he next level for professional players is **the ATP Challenger Tour a**
**VTA Challenger Series for men and women.** There is a significant
ncrease in the purse available at this level. Yet, it's not even close t
vhat players make at the game's elite levels. Until 2021 and not too
fter, the ATP Challenger Tour saw players competing for prize mon
anging from $36,680 to $156,240 per tournament, with approxima
21 000 going to winners on average. **Here in 2023, however, thing**
**re very different. Following a massive bump in resources by th**
**TP, the prize money at the Challenger Tour level has increased**
**0%.** As effectively the game's penultimate level, the ATP is where
layers begin to make decent money. Indeed, as of 2021, the avera
arnings for a male tennis player ranked anywhere from position o
ne thousand on the ATP list were **$185,106.59.** Of course, the figu
an be deceptive, with world No. 1 Djokovic earning **$9,100,547** an
vorld No. 1000 Michal Mikula earning **$4,273**. In that sense, the me
alary is more like **$22,362**. Compared with the WTA, it's not so exa
**nly 550 female players earned prize money in 2022**. The averag
arnings for a **WTA** player were **$254,394.55**, and the median was
**75,888**.

2 · 2 · 4 · 663

**Corvath Draemir** @Archaicmind3000 · Mar 4

Compensation was set without independent review, without comparability data, and without approval by an independent compensation committee.

The 990 discloses this explicitly.

2 · 3 · 247

**Corvath Draemir** @Archaicmind3000 · Mar 4

The PTPA spent $470,758 on travel — nearly 16% of total revenue.

It spent $9,459 on advertising and promotion.

An organisation with no tournaments, no broadcasts, and no physical events spent 50x more on travel than on building the movement it claims to lead.




2 3 266

**Corvath Draemir** @Archaicmind3000 · Mar 4

The PTPA has four membership categories:

- Top-ranked full members
- Mid-ranked full members
- Ranked full members
- Associate members

02/03/2026, 09:32 Professional Tennis Players Association - Full Filing - Nonprofit Explorer - ProPublica

efile Public Visual Render | ObjectId: 202640219349301224 - Submission: 2026-01-21 | TIN: 92-1672819

**SCHEDULE O**
(Form 990)
(Rev. January 2025)
Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**
Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information.
Attach to Form 990 or 990-EZ.
Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047
Open to Public Inspection

Name of the organization
PROFESSIONAL TENNIS PLAYERS ASSOCIATION

Employer identification number
92-1672819

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION A, LINE 2 | AHMAD NASSAR, EXECUTIVE DIRECTOR AND VASEK POSPISIL, BOARD MEMBER HAVE A BUISNESS RELATIONSHIP OUTSIDE OF PTPA. |
| FORM 990, PART VI, SECTION A, LINE 6 | THE ASSOCIATION HAS 4 CATEGORIES OF MEMBERSHIP IN THE ASSOCIATION: TOP-RANKED FULL MEMBERS, MID-RANKED FULL MEMBERS, RANKED FULL MEMBERS, AND ASSOCIATE MEMBERS.TOP-RANKED FULL MEMBERS, MID-RANKED FULL MEMBERS, AND RANKED FULL MEMBERS ARE REFERRED TO COLLECTIVELY AS "FULL MEMBERS". ASSOCIATE MEMBERS HAVE NO VOTING RIGHTS. ADDITIONALLY, MEN AND WOMEN TENNIS PLAYERS DON'T HAVE OFFICIAL MEMBERSHIP CARDS BUT DO OPT IN TO SERVICES PROVIDED BY PTPA AND HAVE GENERALLY EXPRESSED SUPPORT OF PTPA AND ITS MISSION. |
| FORM 990, PART VI, SECTION A, LINE 7A | THE ASSOCIATION'S EXECUTIVE COMMITTEE IS THE ASSOCIATION'S BOARD OF DIRECTORS. IT IS CONSIST OF 8 PLAYER REPRESENTATIVES. ANY FULL MEMBER MAY NOMINATE THEMSELVES OR ANY OTHER FULL MEMBER IN THE SAME MEMBERSHIP CATAGORY TO SERVE AS A PLAYER REPRESENTATIVE. THE TERM OF OFFICE FOR ANY PLAYER REPRESENTATIVE IS 3 YEARS. THE EXECUTIVE COMMITTEE SHALL BE THE CHIEF GOVERNING BODY OF THE ASSOCIATION, AND SHALL HAVE FINAL DISCRETIONARY AUTHORITY WITH RESPECT TO ASSOCIATION OPERATIONS AND ACTIONS. |
| FORM 990, PART VI, SECTION A, LINE 7B | THE FULL MEMBERSHIP MEETINGS AND ANNUAL MEETING APPROVES CHANGES TO ANY MATTER DIRECTED TO A VOTE OF THE FULL MEMBERSHIP BY THE BYLAWS OR THE ASSOCIATION. |
| FORM 990, PART VI, SECTION B, LINE 11B | THE FORM 990 IS PREPARED BY THE ORGANIZATIONS PAID PREPARER AND REVIEWED BY THE SENIOR MANAGER OF ACCOUNTING AND EXECUTIVE DIRECTOR PRIOR TO FILING. |
| FORM 990, PART VI, SECTION C, LINE 19 | GOVERNING DOCUMENTS OF THE ORGANIZATION ARE NOT MADE AVAILABLE TO THE PUBLIC. |
| FORM 990, PART IX, LINE 11G | CONSULTANT 907,954. |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ. Cat. No. 51056K Schedule O (Form 990) (Rev. 1-2025)

**Additional Data** Return to Form

1 · 3 · 230

**Corvath Draemir** @Archaicmind3000 · Mar 4

Associate members — men and women players who opted in — have no voting rights and no membership cards. They have "generally expressed support" for the PTPA and its mission.

The full membership list — the players who do hold voting rights — is also not publicly disclosed.

2 · 4 · 230

**Corvath Draemir** @Archaicmind3000 · Mar 4

The players it claims to represent have no formal vote.

The players who do have a vote are unknown.

2 · 1 · 4 · 282

**Corvath Draemir** @Archaicmind3000 · Mar 4

Now meet Ahmad Nassar — PTPA Executive Director and simultaneously CEO of Winners Alliance, the PTPA's for-profit commercial arm.

He also personally invested in Winners Alliance.

Winners Alliance is the PTPA's sole source of revenue.

Nassar sits at the head of both entities.



2 1 4 404

**Corvath Draemir** @Archaicmind3000 · Mar 4

The PTPA owes Winners Alliance $2,407,737 — specifically identified in Schedule D of the 990. (note the spelling mistake "Winner Alliance")

The broader liabilities category it sits in grew from $813,291 to $2,628,829 in a single year.



2 4 270

**Corvath Draemir** @Archaicmind3000 · Mar 4

The organisation is becoming increasingly financially dependent on a single entity controlled and personally invested in by its own Executive Director.

3 1 4 251

**Corvath Draemir** @Archaicmind3000 · Mar 4

In a well-governed organisation, this dual role would require board disclosure, recusal from relevant decisions, independent oversight, and a conflict of interest policy.

The PTPA has none of these.

2 1 4 264

**Corvath Draemir** @Archaicmind3000 · Mar 4

This is not inexperience. Nassar ran OneTeam Partners — a $1.9B athlete rights company. He knows what governance looks like.



Sportico

The Business of Sports

BUSINESS LEAGUES FINANCE LAW MEDIA VALUATIONS TECH PERSONALITIES EVENTS

HOME / BUSINESS / FINANCE

ONETEAM VALUED AT $1.9 BILLION AS REDBIRD SELLS STAKE TO PRIVATE EQUITY

1 1 4 311

**Corvath Draemir** @Archaicmind3000 · Mar 4

Schedule O discloses that the Form 990 — the document revealing his dual role, the inter-entity liability, and the contractor classification — was reviewed only by Nassar and an undisclosed "Senior Manager of Accounting" prior to filing.

There was no independent review.



02/03/2026, 09:32 Professional Tennis Players Association - Full Filing - Nonprofit Explorer - ProPublica

efile Public Visual Render | ObjectId: 202640219349301224 - Submission: 2026-01-21 | TIN: 92-1672819

**SCHEDULE O** (Form 990) (Rev. January 2025) Department of the Treasury Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**

Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information. Attach to Form 990 or 990-EZ. Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

Open to Public Inspection

Name of the organization: PROFESSIONAL TENNIS PLAYERS ASSOCIATION

Employer identification number: 92-1672819

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION A, LINE 2 | AHMAD NASSAR, EXECUTIVE DIRECTOR AND VASEK POSPISIL, BOARD MEMBER HAVE A BUISNESS RELATIONSHIP OUTSIDE OF PTPA. |
| FORM 990, PART VI, SECTION A, LINE 6 | THE ASSOCIATION HAS 4 CATEGORIES OF MEMBERSHIP IN THE ASSOCIATION: TOP-RANKED FULL MEMBERS, MID-RANKED FULL MEMBERS, RANKED FULL MEMBERS, AND ASSOCIATE MEMBERS. TOP-RANKED FULL MEMBERS, MID-RANKED FULL MEMBERS, AND RANKED FULL MEMBERS ARE REFERRED TO COLLECTIVELY AS "FULL MEMBERS". ASSOCIATE MEMBERS HAVE NO VOTING RIGHTS. ADDITIONALLY, MEN AND WOMEN TENNIS PLAYERS DON'T HAVE OFFICIAL MEMBERSHIP CARDS BUT DO OPT IN TO SERVICES PROVIDED BY PTPA AND HAVE GENERALLY EXPRESSED SUPPORT OF PTPA AND ITS MISSION. |
| FORM 990, PART VI, SECTION A, LINE 7A | THE ASSOCIATION'S EXECUTIVE COMMITTEE IS THE ASSOCIATION'S BOARD OF DIRECTORS. IT IS CONSIST OF 8 PLAYER REPRESENTATIVES. ANY FULL MEMBER MAY NOMINATE THEMSELVES OR ANY OTHER FULL MEMBER IN THE SAME MEMBERSHIP CATAGORY TO SERVE AS A PLAYER REPRESENTATIVE. THE TERM OF OFFICE FOR ANY PLAYER REPRESENTATIVE IS 3 YEARS. THE EXECUTIVE COMMITTEE SHALL BE THE CHIEF GOVERNING BODY OF THE ASSOCIATION, AND SHALL HAVE FINAL DISCRETIONARY AUTHORITY WITH RESPECT TO ASSOCIATION OPERATIONS AND ACTIONS. |
| FORM 990, PART VI, SECTION A, LINE 7B | THE FULL MEMBERSHIP MEETINGS AND ANNUAL MEETING APPROVES CHANGES TO ANY MATTER DIRECTED TO A VOTE OF THE FULL MEMBERSHIP BY THE BYLAWS OR THE ASSOCIATION. |
| FORM 990, PART VI, SECTION B, LINE 11B | THE FORM 990 IS PREPARED BY THE ORGANIZATIONS PAID PREPARER AND REVIEWED BY THE SENIOR MANAGER OF ACCOUNTING AND EXECUTIVE DIRECTOR PRIOR TO FILING. |
| FORM 990, PART VI, SECTION C, LINE 19 | GOVERNING DOCUMENTS OF THE ORGANIZATION ARE NOT MADE AVAILABLE TO THE PUBLIC. |
| FORM 990, PART IX, LINE 11G | CONSULTANT 987,954. |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ. Cat. No. 51056K Schedule O (Form 990) (Rev. 1-2025)

2 1 4 324

**Corvath Draemir** @Archaicmind3000 · Mar 4

The consequences of Winners Alliance's investment decisions extend beyond tennis.

2 4 236

**Corvath Draemir**
@Archaicmind3000

Winners Alliance provided $13M in startup capital to Grand Slam Track — Michael Johnson's track and field league promising to transform athlete compensation.

Nassar, as CEO of Winners Alliance, seats on the Grand Slam Track board of directors.



**≡ BANKRUPTCY UPDATE ≡**

*ne Debtor does not have sufficient available sources of working capital and/or ancing to operate its business or maintain its property in the ordinary course o siness without the DIP [debtor-in-possession] Facility and authorized use of Ca llateral."*

at's the situation in which Grand Slam Track finds itself, as noted in the 23 cember 2025 Order issued by the U.S. Bankruptcy Court for Delaware. In a cember filing, the Chief Restructuring Officer, ***Nicholas Rubin***, noted its fina uation, requiring a rescue loan:

143,126 in cash on hand
31.4 million in debt
5.3 million in secured debt to Winners Alliance
6.1 million in unsecured debt to Winners Alliance
7.0 million owed to athletes
13.0 million owed to suppliers and vendors

nners Alliance is the commercial – for-profit – arm of the Professional Tennis yers Association, and was the primary funder of Grand Slam Track. It providec lion in start-up capital in return for equity in the venture in April 2024. Accord the Rubin filing:

uncing the launch of his new track and field event last year, retired Olym eld champion Michael Johnson is taking all the right steps to make it a h th $30 million in funding and a $12.6 million prize pot, Johnson is the lack of proper funding in track and field via his new venture. He has nary leaders to Grand Slam Track's board, including Ahmad Nassar, Eri om Winners Alliance (the operating partner for the event), Steve Gera, ar Robert F. Smith to "accelerate the success of the league."

s before the debut, Grand Slam Track (GST) has struck its first media deal with The CW Network and Peacock. The startup track league has eal with Peacock as the exclusive streaming home of the event and The C iming the linear broadcasting rights.

6:31 PM · Mar 4, 2026 · **321** Views

2 1 4

Relevant

View quotes ›

**Corvath Draemir** @Archaicmind3000 · Mar 4

Grand Slam Track filed for Chapter 11 bankruptcy on December 11, 2025.

Liabilities: $31.4M
Cash at filing: $143,000
Cash by January 2026 creditors meeting: $7,300

Athletes are owed ~$7M in unpaid prize money and appearance fees.

ElevenFlo    Features    Pricing    Blog

Winners Alliance is providing $7.25 million in DIP financing and is the primary secured creditor.

| | |
|---|---|
| **Debtor(s)** | GST, Inc. (d/b/a Grand Slam Track, Inc.) |
| **Court** | U.S. Bankruptcy Court, District of Delaware |
| **Case Number** | 25-12188 |
| **Petition Date** | December 11, 2025 |
| **Judge** | Hon. Karen B. Owens |
| **Total Liabilities** | ~$31.4 million |
| **Cash at Filing** | ~$143,000 |
| **Athletes Owed** | ~$7 million |
| **Vendors Owed** | ~$13 million |
| **DIP Facility** | Up to $7.25 million (lender: Winners Alliance, Inc.; maturity: April 10, 2026) |
| **Plan Filing Deadline** | January 30, 2026 |

1    3    280

**Corvath Draemir** @Archaicmind3000 · Mar 4

Among the unpaid athletes:

Sydney McLaughlin-Levrone: $365,250
Gabby Thomas: $249,375
Kenny Bednarek: $225,000

All listed as unsecured creditors.

**Athlete Payment Status**

Grand Slam Track's bankruptcy left athletes as unsecured creditors waiting for payment. The creditor list, revealed in December 2025 filings, showed seven of the top 20 creditors were athletes.

**Top Athlete Creditors**

| ATHLETE | AMOUNT OWED | EVENT |
|---|---|---|
| Sydney McLaughlin-Levrone | $365,250 | 400m Hurdles |
| Gabby Thomas | $249,375 | 200m |
| Kenny Bednarek | $225,000 | 100m/200m |
| Josh Kerr | $218,750 | 1500m |
| Marileidy Paulino | $211,875 | 400m |
| Alison dos Santos | $190,625 | 400m Hurdles |
| Melissa Jefferson-Wooden | $190,625 | 100m |

1 3 455

**Corvath Draemir** @Archaicmind3000 · Mar 4

Winners Alliance holds $5.3M in secured debt and is providing $7.25M in DIP financing at 14.5% interest with superpriority status.

Winners Alliance collects before the athletes.

Fe

oluntary bankruptcy.

**ch money is owed to athletes?** Athletes are owed app
npaid prize money and appearance fees. Sydney McLa
65,250 (the most among athletes), followed by Gabby
ednarek ($225,000), Josh Kerr ($218,750), and Marileid
).

**Winners Alliance and what is their role?** Winners Allia
that provided approximately $13 million in initial fund
s the DIP lender providing up to $7.25 million in bankr
ld approximately $5.3 million in secured debt plus $6.
ffectively controlling the restructuring process throu

**Winners Alliance DIP financing.** The DIP Financing Motion provides for up to $7.25 million, including a $4.35 million roll-up of prepetition debt and $2.9 million in new money. The 13-week budget projects roughly $3.03 million in total cash requirements.

**DIP Facility Structure**

| COMPONENT | INTERIM | FINAL |
|---|---|---|
| New Money Loans | $1,100,000 | $2,900,000 |
| Prepetition Debt Roll-Up | $1,100,000 | $4,350,000 |
| **Total** | **$2,200,000** | **$7,250,000** |

| | | |
|---|---|---|
| Prepetition Debt Roll-Up | $1,100,000 | $4,350,000 |
| **Total** | **$2,200,000** | **$7,250,000** |

**DIP Terms**

| TERM | VALUE |
|---|---|
| Interest Rate | 14.5% simple (PIK) |
| Default Premium | 6.0% |
| Exit Fee | 2.0% of principal |

1 1 4 251

**Corvath Draemir** @Archaicmind3000 · Mar 4

The financing terms also allow Winners Alliance to convert its debt to equity — potentially owning the league.



ElevenFlo Features Pricing

reports $1,829,316.99 in 2025 operating revenue, $10,355.90 in other income, and $284,097.92 in interest/dividend income, along with $5,322,115.98 in 90-day payments to creditors and $844,204.73 in insider-related payments within one year. The filing also discloses prepetition payments to restructuring professionals and confirms the company collects customer PII for ticketing and merchandise sales.

**Will Grand Slam Track have a 2026 season?** The league has expressed intent to return for a 2026 season, and DIP financing terms require Michael Johnson and COO Steve Gera to remain in leadership. However, the reorganization plan filing deadline is January 30, 2026, and the financing terms allow Winners Alliance to convert its DIP loan to equity, potentially altering control of any reorganized entity.

1 · 3 · 273

**Corvath Draemir** @Archaicmind3000 · Mar 4

The same entity that positioned itself ahead of unpaid athletes is the PTPA's sole source of revenue.

Its CEO leads the Grand Slam Track board, runs Winners Alliance as primary secured creditor & remains Exec Dir. of the organisation claiming to represent tennis players' rights.

1 · 1 · 4 · 366

**Corvath Draemir** @Archaicmind3000 · Mar 4

On January 4, 2026, Djokovic cited "concerns regarding transparency, governance, and the way my voice and image have been represented."

2 · 1 · 3 · 313

**Corvath Draemir** @Archaicmind3000 · Mar 4

The 990 filed three weeks later makes those concerns legible: no audit, no conflict of interest policy, losses accelerating, liabilities mounting, sole revenue source controlled by the ED who personally invested in it.

1 · 2 · 230

**Corvath Draemir** @Archaicmind3000 · Mar 4

Professional tennis has a genuine structural problem.

The median male player earns ~$22,362/year — before expenses. The scheduling is a problem.

These are real problems. The players who created the PTPA did so for legitimate reasons.

3 · 3 · 241

**Corvath Draemir** @Archaicmind3000 · Mar 4

But the PTPA's own filings reveal:

An organisation suing over labour exploitation that classifies its own staff as contractors.

An ED who runs both the nonprofit and the for-profit that funds it with no policy to manage the conflict.

1 2 203

**Corvath Draemir** @Archaicmind3000 · Mar 4

A commercial arm that positioned itself ahead of unpaid

A governance structure with no audit, no conflict of interest policy, no whistleblower policy, no public governing documents, and a 990 reviewed only by the ED himself.

1 142

**Corvath Draemir** @Archaicmind3000 · Mar 4

And a membership structure where the players it claims to represent have no formal vote in how it operates and those who have a vote are unknown

1 141

**Corvath Draemir** @Archaicmind3000 · Mar 4

The players who signed up to the PTPA — many outside the top 100, the players with the most to gain from genuine reform — deserve an organisation whose practices match its stated values.

And that's probably why Djokovic left.

2 261

**Corvath Draemir** @Archaicmind3000 · Mar 4

Full article:

...rdopingcaseinvestigation.substack.com/p/the-ptpas-br...

1 1 183

**Kenny Powers** @KennyPowersA · Mar 5

Asked and asked. Thread is right! Michael Johnson @mjgold ran out of track because of this?!?! Can't make this up

25

**Served with Andy Roddick** @Served_Podcast · Oct 22, 2025

Andy + Jon's reaction to Novak's bold comments in Saudi Arabia regarding player unions and the tennis monopoly 🎾 Be sure to catch their full take- agreements and disagreements- in our latest episode HERE! ⬇️🔗

youtu.be/oe2aJOOdOnY?si...




14 14 95 11K

**Johny Diehard** @TerapinSedation · Oct 22, 2025

You guys were verging on @pablofindsout territory in this one when you got into the Joybird Forum and Redbird Capitol's investments in tennis.

1 1 253

**Corvath Draemir**
@Archaicmind3000

Can't believe more people are not investigating it: the Ahmad Nassar-Winners Alliance-PTPA-Redbird Capital-Calvelli relationship, with Djokovic and the PIF. Add to that Ari Emanuel and the QIA

It smells funny

6:05 AM · Oct 23, 2025 · **152** Views

**Gill Gross** @Gill_Gross · Jan 4

All of Djokovic's actions since the antitrust suit was filed suggest he's simply not down with it.

1) Declining to be a plaintiff
2) Publicly expressing mixed feelings
3) Officially exiting the association

11 25 206 29K

**Corvath Draemir**
@Archaicmind3000

PTPA is tied to Winners Alliance whose interests are less than honorable (see Bill Ackman & Ahamad Nassar), don't think they care for the players welfare bettermen as much as the money they can make from the systemic change it'd bring
...rdopingcaseinvestigation.substack.com/p/the-ties-bin...

1:11 AM · Jan 5, 2026 · **900** Views