IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re* Application of<br><br>AHMAD NASSAR,<br><br>*Applicant*,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | MISCELLANEOUS CASE NO.: |

**[PROPOSED] ORDER GRANTING APPLICANT AHMAD NASSAR'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

This matter comes before the Court on Applicant Ahmad Nassar's Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings (the "Application"), seeking discovery from Wajid Mir and Christos Lambrou in connection with contemplated legal proceedings in Ireland and Serbia.

The Court, having fully considered the Application, and good cause appearing, **HEREBY GRANTS** the Application.

**IT IS HEREBY ORDERED** that:

Mr. Nassar is granted leave to issue subpoenas to produce documents, information, or objects in a civil action to Wajid Mir and Christos Lambrou in forms substantially similar to the subpoenas attached as Exhibit A and Exhibit B, respectively, to the Application, and subpoenas to testify at a deposition in a civil action to Wajid Mir and Christos Lambrou in forms substantially similar to the subpoenas attached as Exhibit C and Exhibit D, respectively, to the Application.

**IT IS SO ORDERED**.

Dated: ____________________ ________________________________________